AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| NATCHEZ CASINO OPCO, LLC d/b/a | ) |
| MAGNOLIA BLUFFS CASINO and | ) |
| PREMIER GAMING GROUP, INC. | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No. 5:16cv 80 DCB-MTP

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Premier Gaming Group, Inc.
c/o Its Registered Agent, Kevin Preston
1450 Meadowlake Way
Union, KY 41091

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Frank J. Dantone, Esq.
HENDERSON DANTONE, P.A.
P.O. Box 778
Greenville, MS 38702

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
_CLERK OF COURT_

Date: SEP 1 5 2016

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi

| | | |
|---|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. 5:16cv 80 DCB-MTP |
| v. | ) | |
| NATCHEZ CASINO OPCO, LLC d/b/a | ) | |
| MAGNOLIA BLUFFS CASINO and | ) | |
| PREMIER GAMING GROUP, INC. | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Natchez Casino OpCo, LLC d/b/a Magnolia Bluffs Casino
c/o Its Registered Agent, Christopher S. Pace
190 East Capitol St., Ste. 800
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Frank J. Dantone, Esq.
HENDERSON DANTONE, P.A.
P.O. Box 778
Greenville, MS 38702

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date:    SEP 1 5 2016    _____
*Signature of Clerk or Deputy Clerk*